**United States District Court**
**Violation Notice**

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GS5 | E1790088 | Wright | 85 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 06/10/2024 1635 | O.C.G.A 40-6-72(B) |

Place of Offense
Gate 1 inbound Ad's Gate 1 Express

Offense Description: Factual Basis for Charge HAZMAT ☐
Failure To Stop at a posted stop sign

E-4 / CPL B Co 60th Signal Battalion

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Williams | Stewart | A |

Street Address
[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| TLU 5726 | VA | 13 | Volkswagen / Jetta | | Blue |

APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

APPEARANCE IS OPTIONAL

B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| 600 James Brown Blvd Augusta, GA 30901 | Date: 14 Aug 24 Time: 0830 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1790088*

CVB SCAN 06/24/2024 11:18

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10 June, 20 24 while exercising my duties as a law enforcement officer in the Southern District of Georgia

See Attached

The foregoing statement is based upon:
✓ my personal observation
my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06-10-2024
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/24/2024 11:18